CC: TO JUDGE____PM____

**ORIGINAL**

THE HONORABLE ROBERT S. LASNIK

_____FILED _____ENTERED
_____LODGED_____RECEIVED

JAN 05 2004    PM

A1 SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____
DEPUTY

01-CV-01995-M

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) Case No. C01-1995L ) |
| Plaintiff, | ) ) |
| v. | ) ) MOTION TO ENTER JUDGMENT ) CERTIFYING ELECTION ) |
| LOCAL 174 INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | ) ) ) |
| Defendant. | ) ) ) |

COMES NOW the Plaintiff in the above-entitled matter and hereby files the attached Certification of Election signed by a representative of the Secretary of Labor and moves this Court to enter a Judgment certifying the results of the election conducted by Defendant under the supervision of the Plaintiff pursuant to the Stipulation and Order of Settlement entered by this Court on January 24, 2003.

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

MOTION TO ENTER JUDGMENT - PAGE 1

This Motion is based upon the attached Certification of Election which demonstrates that an election was conducted by the Defendant under the supervision of the Plaintiff in conformity with the Constitution and Bylaws of the Defendant insofar as lawful and practicable, that no post-election complaints regarding the conduct of that election were filed with the Plaintiff and further specifies the candidates who were duly elected to specific offices of the Defendant.

Dated this 5th day of January, 2004.

John McKay
United States Attorney

ROBERT M. TAYLOR (WSBA 5372)
Assistant United States Attorney

OF COUNSEL

Howard M. Radzely
Solicitor of Labor

Susanne Lewald
Regional Solicitor

Rochelle Kleinberg
Associate Regional Solicitor

Jay Williamson
Attorney

By Jay Williamson
Jay Williamson (WSBA 10809)

U.S. DEPARTMENT OF LABOR

MOTION TO ENTER JUDGMENT · PAGE 2

CC: TO JUDGE

THE HONORABLE ROBERT S. LASNIK

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JAN 0 5 2004    PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOCAL 174, INTERNATIONAL )<br>BROTHERHOOD OF TEAMSTERS, )<br>)<br>Defendant. )<br>)<br>) | Case No. C01-1995L<br><br>CERTIFICATION OF ELECTION |

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation and Order of Settlement entered January 28, 2003, in the United States District Court for the Western District of Washington at Seattle, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and

CERTIFICATION OF ELECTION (C01-1995L) Page -1 -

United States Attorney
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

practicable, and no post-election complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402 (c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482 (c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Dan Scott | Secretary-Treasurer |
| Dianne Bolton | President |
| Mark Babcock | Vice President |
| Mary Lang | Recording Secretary |
| Chuck Bowman | Trustee |
| Dave Gilbert | Trustee |
| Doug Martin | Trustee |

Signed this 17th day of December, 2003.

John H. Heaney
Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
U.S. Department of Labor

CERTIFICATION OF ELECTION (C01-1995L) Page -2 -

United States Attorney
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970