CC: TO JUDGE___**PM**___

THE HONORABLE ROBERT S. LASNIK

01-CV-01995-MISC

_____FILED  _____ENTERED
_____LODGED_____RECEIVED

JAN 0 5 2004  PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELAINE CHAO, SECRETARY OF LABOR,          )
UNITED STATES DEPARTMENT OF LABOR,        )  Case No. C01-1995L
                                          )
                 Plaintiff,               )
                                          )
                                          )       JUDGMENT
        v.                                )
                                          )
LOCAL 174 INTERNATIONAL                   )
BROTHERHOOD OF TEAMSTERS,                 )
                                          )
                 Defendant.               )
                                          )
_____ )

It appearing to the Court that, pursuant to the Stipulation and Order of Settlement entered in this matter on January 24, 2003, the Defendant has conducted a new election under the supervision of the Plaintiff; that Plaintiff's Certification of the results of said new election has been filed herein, certifying the name of each person who in said election was duly elected an officer of the Defendant in accordance with the provisions of Title IV of the Labor-Management

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington. 98101-3903
(206) 553-7970

JUDGMENT - PAGE 1

Reporting and Disclosure Act of 1959 (29 U.S.C. 481, et seq.) and, insofar as lawful and practicable, in conformity with the Bylaws of Defendant and the Constitution of the International Brotherhood of Teamsters, AFL-CIO; and this Court having duly considered said certification as filed herein, and being fully advised in the premises, it is therefore for cause shown hereby:

ORDERED, ADJUDGED AND DECREED that, as a result of said election, each of the following persons is a duly-elected officer of the Defendant, as follows:

| Office | Person Elected |
| --- | --- |
| Secretary-Treasurer | Dan Scott |
| President | Dianne Bolton |
| Vice President | Mark Babcock |
| Recording Secretary | Mary Lang |
| Trustee | Chuck Bowman |
| Trustee | Dave Gilbert |
| Trustee | Doug Martin |

for the term of office ending at the end of the three year term of office that began with the election completed November 13, 2003; and it is further:

ORDERED that each party shall bear all fees and other expenses (including court costs) incurred by such party in connection with any

JUDGMENT - PAGE 2

stage of this proceeding.

IT IS SO ORDERED, at Seattle, Washington this ___ day of
_____, 2004.

_____
HONORABLE ROBERT S. LASNIK
United States District Judge
Western District of Washington

Presented by:

JOHN MCKAY
United States Attorney

_____ for.
ROBERT M. TAYLOR (WSBA 5372)
Assistant United States Attorney
Attorney for Plaintiff
(206) 553-7970

Of Counsel:

HOWARD M. RADZELY
Solicitor of Labor

Susanne Lewald
Regional Solicitor

ROCHELLE KLEINBERG
Associate Regional Solicitor

JAY WILLIAMSON
Staff Attorney

_____
Jay Williamson (WSBA 10809)
(206) 553-0940

U.S. DEPARTMENT OF LABOR

JUDGMENT - PAGE 3